IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTI VUKSANOVICH, <br> MARK VUKSANOVICH, <br><br> Plaintiffs, <br><br> v. <br><br> AIRBUS AMERICAS, INC., <br> AIRBUS AMERICAS ENGINEERING, INC., <br> AVSA S.A.R.L, <br> AIRBUS S.A.S., <br> AIRBUS SE, <br><br> Defendants. | Civil Action No.  1:20-cv-11857-PBS |

**JOINT MOTION FOR CONTINUANCE**

Plaintiffs Kristi Vuksanovich and Mark Vuksanovich alongside Defendant Airbus Americas, Inc. jointly move for a continuance of this Court's deadlines for the parties to confer and file a report under Rule 26(f) and to serve their initial disclosures. The parties request a continuance until after the combined scheduling conference and motion hearing set for April 21, 2021. Pursuant to Local Rules 16.1(d) and 26.2(a), the current deadline for the parties' joint report and initial disclosures is April 14, 2021.

The parties do not seek a continuance for the purpose of delay but instead for efficient case administration. Plaintiffs have moved to transfer this case to the Southern District of New York, and Defendant Airbus Americas, Inc. indicated in its response that it does not oppose this transfer. If this Court were to grant a transfer, then the parties could meet and confer after the transfer has

been effectuated and in accordance with the local rules and practices of the Southern District of New York.

WHEREFORE, Plaintiffs and Defendants respectfully move that this Honorable Court continue any deadlines for a Rule 26(f) conference and joint report and for initial disclosures until after the April 21, 2021 hearing.

Dated:  April 12, 2021  Respectfully submitted,

By: */s/ Peter M. Durney*
Peter M. Durney, BBO No. 139260
pdurney@cornellgollub.com
Christopher J. Hurst, BBO No. 682416
churst@cornellgollub.com
CORNELL & GOLLUB
88 Broad Street, Sixth Floor
Boston, MA 02110
T: (617) 482-8100
F: (617) 482-3917

Christopher M. Odell*
christopher.odell@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana St., Ste. 4000
Houston, Texas 77098
T: (713) 576-2400
F: (713) 576-2499

David J. Weiner*
david.weiner@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC  20001
T: (202) 942-5000
F: (202) 942-5999

*Counsel for Defendants*

*\* Pro hac vice motion to be filed*

*/s/ Diane Nordbye*
Anna Shapiro, Esq. BBO No. 666221
Diane Nordbye, Esq. BBO No. 689319

> SHAPIRO LAW GROUP, PC
> 300 Trade Center, Suite 3700
> Woburn, MA 01801
> T: 339.298.2300
> F: 339.298.2009
> E: ashapiro@shapirolegal.com
>
> *Counsel for Plaintiffs*

### STATEMENT OF CONSULTATION AND CERTIFICATION
### PURSUANT TO LOCAL RULE 7.1(A)(2)

    I, Peter M. Durney, attorney for the defendants hereby certify that the Defendants have complied with the requirements of Local Rules 7.1(a)(2).  Plaintiffs concur in and jointly file this motion.

                              /s/ *Peter M. Durney*_____
                              Peter M. Durney

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

                                               */s/ Peter M. Durney*
                                               Peter M. Durney