IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTI VUKSANOVICH and MARK VUKSANOVICH,<br><br>     Plaintiffs,<br><br>v.<br><br>AIRBUS AMERICAS, INC., AIRBUS AMERICAS ENGINEERING, INC., AVSA S.A.R.L, AIRBUS S.A.S., and AIRBUS SE,<br><br>     Defendants. | Docket No: 1:20-cv-11857-PBS |

## JOINT STIPULATION TO TRANSFER

Plaintiffs Kristi Vuksanovich and Mark Vuksanovich alongside Defendant Airbus Americas, Inc. hereby file this Stipulation to Transfer Venue to the United States District Court for the Southern District of New York, and in support thereof, respectfully state:

1. Plaintiffs filed an Amended Complaint alleging personal injury and products liability against the defendants on or about February 8, 2021.

2. Defendant Airbus Americas, Inc. moved to dismiss the Amended Complaint for lack of personal jurisdiction and for failure to state a claim on February 22, 2021.

3. Plaintiffs have moved to transfer this case to the Southern District of New York, and Defendant Airbus Americas, Inc. indicated in its response that it does not oppose this transfer.

4. A hearing on both Motions is currently scheduled for April 21, 2021 at 9:30 a.m.

5. Pursuant to 28 U.S.C. § 1404(a), a district court, in the interest of justice, may transfer a case to another district where venue is proper, and a district court also has inherent authority to transfer cases in order to manage its docket.

6. The interests of justice would be served by transfer, in that this action could have originally been brought in the Southern District of New York.

7. Defendant Airbus Americas, Inc. does not waive any rights, privileges, or defenses, including but not limited to the jurisdictional and other arguments set forth in its pending Motion to Dismiss.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. This case is hereby transferred to the Southern District of New York; and

2. The oral argument scheduled for April 21, 2021 at 9:30 a.m. is hereby cancelled.

Dated:  April 16, 2021                                Respectfully submitted,

By:  */s/ Diane Nordbye*
Anna Shapiro, Esq. BBO No. 666221
Diane Nordbye, Esq. BBO No. 689319
SHAPIRO LAW GROUP, PC
300 Trade Center, Suite 3700
Woburn, MA 01801
T: 339.298.2300
F: 339.298.2009
E: ashapiro@shapirolegal.com

*Counsel for Plaintiffs*

*/s/ Peter M. Durney*
Peter M. Durney, BBO No. 139260
pdurney@cornellgollub.com
Christopher J. Hurst, BBO No. 682416
churst@cornellgollub.com
CORNELL & GOLLUB

88 Broad Street, Sixth Floor
Boston, MA 02110
T: (617) 482-8100
F: (617) 482-3917

Christopher M. Odell*
christopher.odell@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana St., Ste. 4000
Houston, Texas 77098
T: (713) 576-2400
F: (713) 576-2499


David J. Weiner*
david.weiner@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC  20001
T: (202) 942-5000
F: (202) 942-5999

*Counsel for Defendant Airbus Americas, Inc.*

*\* Pro hac vice motion to be filed*


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and email and/or paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

                                                         /s/ Diane Nordbye
                                                         Diane Nordbye, Esq.