UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

| | |
|---|---|
| KRISTI VUKSANOVICH, ET AL<br><br>             Plaintiffs,<br><br>v.<br><br>AIRBUS AMERICAS, INC., ET AL,<br><br>             Defendants. | CIVIL ACTION NO.<br>1:20-cv-11857-PBS |

**ORDER OF TRANSFER**

SARIS, D.J

    In accordance with the Stipulation, dated April 16, 2021 (Dkt. No. 25), it is hereby ORDERED, that the above-entitled action be transferred to the United States District Court for the Southern District of New York.

| | |
|---|---|
| 4/20/2021<br>Date | By the Court,<br><br>/s/ Casey Baker<br>Deputy Clerk |